Same case below, 422 Fed. Appx. 78.

**No. 10-10998. Ezau Yanez-Hernandez, Petitioner v. United States.**

565 U.S. 861, 132 S. Ct. 200, 181 L. Ed. 2d 106, 2011 U.S. LEXIS 5939.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 416 Fed. Appx. 322.

**No. 10-10999. Robert N. Brayboy, Petitioner v. Robeson County Board of Education.**

565 U.S. 861, 132 S. Ct. 200, 181 L. Ed. 2d 106, 2011 U.S. LEXIS 5869,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 401 Fed. Appx. 802.

**No. 10-11000. Billy J. Battle, Petitioner v. Ohio.**

565 U.S. 861, 132 S. Ct. 200, 181 L. Ed. 2d 106, 2011 U.S. LEXIS 6465.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Ohio, Morgan County, denied.

**No. 10-11001. Arturo Oloverig Aglipay, Jr., Petitioner v. United States.**

565 U.S. 861, 132 S. Ct. 200, 181 L. Ed. 2d 106, 2011 U.S. LEXIS 6339.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 412 Fed. Appx. 689.

**No. 10-11002. Jesse Charles Adams, Jr., Petitioner v. United States.**

565 U.S. 861, 132 S. Ct. 201, 181 L. Ed. 2d 106, 2011 U.S. LEXIS 6079.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 628 F.3d 407.

**No. 10-11003. Timothy Eugene Brown, Petitioner v. Harold W. Clarke, Director, Virginia Department of Corrections.**

565 U.S. 861, 132 S. Ct. 201, 181 L. Ed. 2d 106, 2011 U.S. LEXIS 6290.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 415 Fed. Appx. 489.

**No. 10-11005. Cornelius Brown, Petitioner v. Illinois.**

565 U.S. 861, 132 S. Ct. 201, 181 L. Ed. 2d 106, 2011 U.S. LEXIS 6306.

October 3, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 395 Ill. App. 3d 1112, 369 Ill. Dec. 491, 986 N.E.2d 804.